IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00348-CNS-TPO

RAJAE BOUHAMIDI,

    Plaintiff,

v.

CORRECTIONAL OFFICER JUSTIN TORRES, in his individual capacity,
EXECUTIVE DIRECTOR MOSES "ANDRE" STANCIL, in his individual capacity,
WARDEN RYAN LONG, in his individual capacity, and
ASSOCIATE WARDEN LUCILLE REAUX, in her individual capacity,

    Defendants.

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff, by and through counsel, David Lane and Liana Orshan of KILLMER LANE, LLP, hereby submits the following Motion for Extension of Time to Serve Defendants, and in support thereof states:

1.    In accordance with D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that she conferred with Evan Brennan, counsel for Defendants Long and Stancil, regarding this motion. Mr. Brennan advised that Defendants Long and Stancil do not oppose the extension with respect to Defendant Reaux and take no position on the extension with regards to Defendant Torres. Plaintiff's counsel was not able to confer with the other Defendants, who Plaintiff has yet to serve, because Plaintiff has not been able yet to locate them, nor does Plaintiff know if they are represented by counsel, and if so, who counsel are.

2.    This Complaint was filed on February 1, 2025. [Doc. 1].

3.    Pursuant to Fed. R. Civ. P. 4(m), the Defendants must be served within 90 days of

1

filing the Complaint.

4. The current deadline to have all Defendants served is May 1, 2025.

5. Defendants Long and Stancil, who are current employees of the Colorado Department of Corrections ("DOC"), have waived service, [Doc. 11], and their response is due on or before May 5, 2025.

6. The remaining two Defendants, who apparently are now former DOC employees, have not yet been located and served. Plaintiff's counsel has been working diligently to serve these Defendants, but without success. Plaintiff's counsel has been working with counsel for DOC and counsel for Defendants Long and Stancil regarding possible representation and waiver of service of the two unserved Defendants and/or obtaining additional information helpful to locating Defendants Reaux and Torres for personal service.

7. Plaintiff respectfully requests an additional 46 days, up to and including June 16, 2025, to serve all remaining Defendants.

8. Good cause exists for this request.

9. This request will not prejudice any party and is not made for the purposes of delay.

10. In accordance with D.C.COLO.LCivR. 6.1 (c), undersigned counsel certifies that this motion will be served contemporaneously on their client upon filing of the motion.

Respectfully submitted this 1st day of May 2025.

KILLMER LANE, LLP

s/ *Liana G. Orshan*
Liana G. Orshan
David A. Lane
Madison Lips
1543 Champa Street, Suite 400
Denver, CO 80202

Phone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@killmerlane.com
lorshan@killmerlane.com
mlips@killmerlane.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2025 I filed a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS** via CM/ECF which will send an electronic Notice of Electronic Service to counsel at the following addresses:

Evan Brennan
Mark C. Lockefeer
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado 80203
720-508-6861
Evan.Brennan@coag.gov
720-508-6555
Mark.lockefeer@coag.gov
*Counsel for Stancil and Long*

                                             *s/ Jamie Akard*
                                             Paralegal