IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00348-CNS-TPO

RAJAE BOUHAMIDI,

    Plaintiff,

v.

MOSES ANDRE STANCIL, Executive Director,
in his official capacity,
RYAN LONG, Warden,
LUCILLE REAUX, Assistant Warden, and
JUSTIN TORRES, Correctional Officer,

    Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 17, 2025.**

    This matter comes before this Court upon its own review of the case record.

    Noting two Defendants' recent entry of Waivers of Service [ECF 20 & 21] and to allow time for all Defendants to appear and prepare for the Scheduling Conference, this Court *sua sponte* **RESETS** the Scheduling Conference from July 15, 2025 to **August 14, 2025** at **9:30 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.

    **No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) submit **the proposed Scheduling Order in Word format by joint email, copying all Parties, to Chambers at** *o'hara_chambers@cod.uscourts.gov.*